UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRELL HOBBS, on behalf of himself and others similarly situated | CIVIL ACTION NO.   2:17-cv-04766 |
| VERSUS | SECTION B(2) |
| CABLE MARKETING AND INSTALLATION OF LOUISIANA, INC., a Louisiana Corporation; and CABLE MARKETING AND INSTALLATIONS, INC., a Mississippi Corporation | JUDGE LEMELLE  MAGISTRATE JUDGE WILKINSON |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE

The Plaintiff, Darrell Hobbs; Opt-in Plaintiffs, Kevin Fontenot, Charles Mullings, Brandon Johnson, Marcus Parish, Donald Latson, Eric Ewens, and Cameron Williams; and the Defendants, Cable Marketing and Installation of Louisiana, Inc. and Cable Marketing and Installations, Inc. (collectively "the Parties"), jointly move for review and approval of the proposed settlement agreement of the Plaintiffs' claims brought under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.,* and Louisiana state law.  Subject to this Court's approval of the proposed settlement, the Parties further move for dismissal of all claims with prejudice, representing to the Court that the claims have been fully compromised.  As set forth in the attached memorandum, the Parties submit the proposed settlement is a fair and reasonable resolution of bona fide disputes among the Parties.

WHEREFORE, the Plaintiff, the Opt-in Plaintiffs, and the Defendants pray that this Honorable Court grant their Joint Motion and (1) approve the proposed agreement of the claims brought under the Fair Labor Standards Act and Louisiana state law, and (2) dismiss with

prejudice the claims of the Plaintiff and Opt-in Plaintiffs, as the proposed settlement fully resolves their claims.

        Respectfully submitted,

        s/ Patrick J. Schepens

        _____
        TIMOTHY W. HASSINGER (#25085)
        PATRICK J. SCHEPENS (#32240)
        KELSEY L. BONNAFFONS (#35666)
        GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
        #3 Sanctuary Boulevard, 3rd Floor
        Mandeville, Louisiana 70471
        Telephone: (985) 674-6680
        Facsimile: (985) 674-6681
        **COUNSEL FOR CABLE MARKETING & INSTALLATION OF LOUISIANA, INC. AND CABLE MARKETING & INSTALLATIONS, INC.**

        Respectfully submitted,

        s/ Charles J. Stiegler

        _____
        CHARLES J. STIEGLER (#33456)
        STIEGLER LAW FIRM LLC
        6557 West End Boulevard
        New Orleans, Louisiana 70124
        Telephone: (504) 267-0777
        Facsimile: (504) 513-3084
        **COUNSEL FOR DARRELL HOBBS AND OPT-IN PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of October, 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I also certify that I have forwarded this filing by regular U.S. Mail, postage pre-paid, this same day to all non-CM/ECF participants.

                                  s/ Patrick J. Schepens
                                  _____
                                  PATRICK J. SCHEPENS