UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DARRELL HOBBS, ET AL.**                                        **CIVIL ACTION**

**VERSUS**                                                        **NO. 17-4766**

**CABLE MARKETING AND INSTALLATION**                              **SECTION "B"(2)**
**OF LOUISIANA, INC., ET AL**

## ORDER

Considering the "Joint Motion for Approval of Settlement and Dismissal of Claims with Prejudice" (Rec. Doc. 49), the parties' representations at the hearing held on October 31, 2018, all record evidence and law, and for all orally assigned reasons during today's hearing,

**IT IS ORDERED** that the motion is **GRANTED** and the settlement is **APPROVED.** The Court finds the proposed settlement resolves a bona fide dispute, is the product of arms-length negotiations, and is reasonable. The parties informed the Court that they have completed written discovery and that continued litigation would be costly and complex given the nature of the claims and the depositions that would have to be taken, along with substantive motion practice. The proposed settlement on the merits and the proposed attorney's fees and costs are reasonable and the product of negotiations between and with consent of all parties through and including counsel.

**IT IS FURTHER ORDERED** that claims of the plaintiff and opt-in plaintiffs against defendants are **DISMISSED** with prejudice, as

1

the parties have advised that the proposed settlement fully resolves their claims.

**IT IS FURTHER ORDERED** that the pretrial conference set for November 1, 2018 and trial set for December 3, 2018 are **CANCELLED**.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 31st day of October, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE